**No. 65156.**—Scandia Finer Foods Co. *v.* United States, protest 58/18237 (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish cakes similar in all material respects to those the subject of *Richter Bros., Inc.* v. *United States* (44 C.C.P.A. 128, C.A.D. 649), the claim of the plaintiff was sustained.